Jacob O. May, Appellant, v. Rapid Transit Subway Construction Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Procter & Gamble Company, Respondent, v. Peters, White & Company, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Smith and Greenbaum, JJ., dissenting; Smith, J., dissenting as to five of the cars upon his dissent on the former appeal (187 App. Div. 376).

East Boston Coal Company, Respondent, v. The Archibald McNeil & Sons Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The People of the State of New York on Information of Hugh J. Anderson, Respondent, v. Rosedale Dairy Company, Inc., Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Trocadero Amusement Company, Inc., Appellant, v. Central Building Improvement and Investment Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Anna Adducci, Respondent, v. Charles Seiffert, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Mallouk-Wardi Corporation, Respondent, v. Aero Waist Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The People of the State of New York, Respondent, v. John Leventine, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Giuseppi Bernisconi, Respondent, v. New York, Westchester and Boston Railway Company, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, on the ground that there was no negligence shown on the part of the defendant. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Dowling and Page, JJ., dissenting.

Frank Feroce, Appellant, v. Gifford Pinchot and Others, Respondents.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

The City of New York, Respondent, v. Brooklyn City Railroad Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Hugh Murphy, an Infant, by Catherine Murphy, His Guardian ad Litem, Respondent, v. Green's Auto Van and Express Company, Appellant. Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

Karnic Keosayian, as Administrator, etc., of Charles Keosayian, Deceased, Respondent, v. John Geiger, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.